UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 1:07-cv-0243-SEB-WTL |
| v. ) | |
| ) | |
| WILLIAM MOORE III, ) | |
| ) | |
| Defendant. ) | |

## AGREED JUDGMENT

The parties, in person and by counsel, and agree and stipulate as follows:

1. That the defendant, William Moore III, waives service of process under Rule 4 of the Federal Rules of Civil Procedure. The defendant further acknowledges actual receipt of the Complaint to be filed in this action. Defendant is subject to the jurisdiction of this Court.

2. That this amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. *See* 28 U.S.C. § 3002(3)(B).

3. That judgment should be entered against the defendant in the principal sum of $9,978.75, plus pre-judgment interest at the rate of 7.94 % from March 2, 1998, the date of default, to May 23, 2007, in the sum of $6,135.10, plus accruing prejudgment interest to the date of judgment, plus costs of court in the sum of $350.00.

WHEREFORE, Judgment is entered against the defendant in the sum of $16,463.85, plus pre-judgment interest to the entry of judgment. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

SUSAN W. BROOKS
United States Attorney

_____
William Moore III
Defendant

By: _____
Shelese Woods
Assistant United States Attorney

APPROVED AND SO ORDERED:

06/18/2007
Date

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shelese Woods
Assistant United States Attorney
10 West Market
Suite 2100
Indianapolis, IN  46204

William Moore III
3543 Winthrop Avenue
Indianapolis, IN 46205

300.wp

2